**No. 10-8708. Angel Adan Bonilla, Petitioner v. United States.**

562 U.S. 1295, 131 S. Ct. 1698, 179 L. Ed. 2d 631, 2011 U.S. LEXIS 2382.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 618 F.3d 102.